UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL IBARRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERCO, INC. a New Jersey Corporation,<br><br>　　　　Defendants. | Case No.: CV 21-2812-DMG (PDx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE [26]** |

　　Before the Court is the Joint Stipulation to Dismiss with Prejudice submitted by Plaintiff Raul Ibarra and Defendant Serco, Inc. (collectively, the "Parties"). Based on the Stipulation of the Parties, and good cause appearing, the Court ORDERS as follows:

　　The stipulation is APPROVED. The above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: December 10, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE